IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Robert Bogan,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Tom Sheahan; Mohave County Board of Supervisors; Captain Brown; Byas; Officer Giralde; Attorney General,<br><br>　　　　Defendants. | No. CV 06-2167-PCT-EHC-MEA<br><br>**ORDER** |

On October 28, 2008, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("Recommendation"). (Dkt. 78). The Magistrate Judge recommends dismissal of this action without prejudice for Plaintiff's failure to pay the filing fee. Petitioner did not file a Response or Objection to the Recommendation. A district court judge reviews a report and recommendation of a magistrate judge *de novo*. See 28 U.S.C. § 636(b)(1)(c) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge"). The Court, having

1  considered the record and the Recommendation of the Magistrate Judge, adopts the
2  Recommendation and incorporates the same as part of this Order.[1]

3  Accordingly,

4  **IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation
5  (Dkt. 78).

6  **IT IS FURTHER ORDERED** that Plaintiff's case be **DISMISSED WITH**
7  **PREJUDICE** for failure to pay the filing fee.

8  **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment
9  accordingly and terminate this action.

10  DATED this 24th day of November, 2008.

*[signature: Earl H. Carroll]*
Earl H. Carroll
United States District Judge

---

[1] The first line in the Recommendation should read "Docket No. 18" rather than "Docket No. 19." (See Dkt. 78, p. 1, l. 16 and Dkt. 18, p. 4, ll. 12-15.)